515 A.2d 302

**In re Nomination Petition of William SMOLIK, As a Candidate for United States Congress From the Twenty-Third District of Pennsylvania.**

**Appeal of William SMOLIK.**

Supreme Court of Pennsylvania.

Argued Sept. 18, 1986.
Decided Oct. 1, 1986.

Donald B. Wassall, R.E. Valasek Law Offices, Lower Burrell, for appellant.

H. Amos Goodall, Jr., Bellefonte, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON, ZAPPALA and PAPADAKOS, JJ.

## ORDER

PER CURIAM:

Order affirmed.